914

No. 940. OLAH v. SAMS ET AL. Sup. Ct. Ga. Certiorari denied. *G. Seals Aiken* for petitioner. *Charles L. Gowen* for respondents.

No. 941. FRIEND ET AL. v. H. A. FRIEND & CO., INC. C. A. 9th Cir. Certiorari denied. *D. Gordon Angus* for petitioners. *John C. Brezina* for respondent.

No. 943. CONTINENTAL CAN CO., INC. v. CROWN CORK & SEAL, INC. C. A. 3d Cir. Certiorari denied. *Helmer R. Johnson* and *William K. Kerr* for petitioner. *H. Francis DeLone* and *Virgil E. Woodcock* for respondent.

No. 946. SELLARS, ADMINISTRATRIX v. LOGAN TOWING CO., INC. C. A. 8th Cir. Certiorari denied. *Fountain D. Dawson* for petitioner. *George G. Matthews* for respondent.

No. 948. FAIR v. DICKINSON, COMPTROLLER OF FLORIDA. Sup. Ct. Fla. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *P. A. Pacyna,* Assistant Attorney General, for respondent.

No. 951. HAWKINS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Weldon Holcomb* for petitioners. *Solicitor General Griswold* for the United States.

No. 957. HERNANDEZ v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Joseph Brill* and *Jacob W. Friedman* for petitioner. *Frank S. Hogan* and *Harold Roland Shapiro* for respondent.